[Dkt. Ent. 5]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| KIMBERLY SIAS, | |
| Plaintiff, | Civil Action No. 10-3773 (RMB/AMD) |
| v. | |
| LAW OFFICES OF ANDREU, PALMA, and ANDREU, PL, | **ORDER** |
| Defendant. | |

THIS MATTER coming before the Court upon Defendant's motion to transfer this case to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1404(a); and

THE COURT having considered the moving papers, as well as those submitted in opposition to the motion by Plaintiff, and all accompanying materials; and

FOR THE REASONS set forth in the Opinion issued herewith,

IT IS on this, the **2nd** day of **February 2011**, hereby

**ORDERED** that Defendant's motion to transfer is **GRANTED**.

s/Renée Marie Bumb
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE